# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:20-cv-2434-RBJ

Deborah Laufer,
          Plaintiff,
v.
RED DOOR 88, LLC
          Defendant.

_____

## NOTICE OF WITHDRAWAL OF MOTION TO STAY (#43)

_____

    Plaintiff, by and through undersigned counsel, hereby respectfully withdraws its

Motion to Stay Pending Appeal (#43).

## CERTIFICATE OF SERVICE

    I hereby certify that on February 3, 2021, I filed the foregoing using the Court's

electronic filing system, which will serve all counsel of record electronically.

                                        s/ Suzette M. Marteny Moore
                                        **Suzette M. Marteny Moore**
                                        Of counsel, Thomas Bacon PA
                                        2690 S. Combee Road
                                        Lakeland, Florida 33803
                                        Telephone: (863) 229-2140
                                        E-mail 1: S.Moore@SMooreLaw.com
                                        E-mail 2: Eservice@SMooreLaw.com
                                        *Attorney for Plaintiff, Deborah Laufer*